IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUSTIN MYSHAWNE DAVON COSBY,

       Appellant,

 v.

Case No.  5D21-2438
LT Case No. 2016-CF-001284

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Osceola County,
Mikaela Nix-Walker, Judge.

Matthew J. Metz, Public Defender,
and Glendon George Gordon, Jr.,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

       AFFIRMED.

SASSO, TRAVER and NARDELLA, JJ., concur.